## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>William Earl Milon,<br><br>            Defendant. | Case No. 24-cr-238 (PJS/DJF)<br><br><br>**ORDER** |

This matter is before the Court on Defendant's Motion for Notice of Government Intent to Use Residual Hearsay Evidence Under Rule 807 ("Residual Hearsay Motion") (ECF No. 24) and Motion for Impeaching Information and Exculpatory Information (ECF No. 25) ("Motion for Exculpatory Information"). The Government did not file a response to these motions.

**I.  Motion for Notice of Government's Intent to Use Residual Hearsay Evidence Under Rule 807 (ECF No. 24)**

Mr. Milon's Residual Hearsay Motion seeks an order, pursuant to Rule 807 of the Federal Rules of Evidence, requiring the Government to provide notice of its intent to rely on the residual hearsay exception and the names and addresses of any declarants 30 days in advance of trial. Rule 807 provides that a residual hearsay statement is admissible "only if the proponent gives an adverse party reasonable notice of the intent to offer the statement—including the substance and the declarant's names—so that the party has a fair opportunity to meet it." Fed. R. Evid. 807(b). "The notice must be provided in writing before the trial or hearing—or in any form during the trial or hearing if the court, for good cause, excuses a lack of earlier notice." *Id.* The Court **GRANTS** Mr. Milon's motion insofar as the Government shall comply fully with its obligations under Federal Rule of Evidence 807 and provide the required disclosure no later than 30 days before trial.

**II.     Motion for Impeaching Information and Exculpatory Information (ECF No. 25)**

Mr. Milon's Motion for Exculpatory Information is **GRANTED** to the extent required by *Brady v. Maryland*, 373 U.S. 83 (1963), *United States v. Giglio*, 405 U.S. 105 (1972), and their progeny.  These cases impose affirmative and ongoing disclosure obligations on the Government.  All *Brady* materials not previously disclosed shall be disclosed as soon as practicable.

**SO ORDERED.**

Dated: February 3, 2025

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge